John E. Walker, SBN: 166270
E-Mail: jwalker@sacrowalker.com
SACRO & WALKER LLP
700 North Brand Boulevard, Suite 610
Glendale, California 91203
Tel.: (818) 721-9597; Fax: (818) 721-9670

Attorneys for Plaintiff NEW YORK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL BEGASHAW, an individual; ENDALE TESSEMA, an individual; and "JOHN DOE", as Administrator of the Estate of MARIAMAWIT TESSEMA, <br><br> Defendants. | Case No. 2:22-cv-02081-KJM-JDP <br><br> **ORDER EXTENDING TIME TO SERVE DEFENDANT MICHAEL BEGASHAW** <br><br> **DATE:** March 31, 2023 <br> **TIME:** 10:00 a.m. <br> **CTRM:** 3 |

1

Order Extending Time to Serve Defendant Michael Begashaw

THIS MATTER is before the Court on NEW YORK LIFE INSURANCE COMPANY'S (the "Company") Motion for Extension of time to Serve Defendant Michael Begashaw.

IT IS HEREBY:

ORDERED, the Company's Motion is granted; it is further

ORDERED, the time in which Plaintiff may serve Defendant Michael Begashaw is extended by <u>ninety days</u> (90) days to Monday, May 15, 2023.

IT IS SO ORDERED.

DATED: February 14, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE