UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>　　Plaintiff,<br><br>vs.<br><br>MICHAEL BEGASHAW, an individual; ENDALE TESSEMA, an individual; and "JOHN DOE", as Administrator of the Estate of MARIAMAWIT TESSEMA,<br><br>　　Defendants. | Case No. 2:22-cv-02081-KJM-JDP<br><br>**ORDER FURTHER EXTENDING TIME TO SERVE DEFENDANT MICHAEL BEGASHAW** |

　　THIS MATTER is before the Court on NEW YORK LIFE INSURANCE COMPANY'S (the "Company") Motion for Extension of time to Serve Defendant Michael Begashaw.

　　Good cause appearing, IT IS HEREBY:

　　ORDERED, that the Company's Motion is submitted on the papers and granted; it is further

ORDERED, that the time in which Plaintiff may serve Defendant Michael Begashaw is extended by ninety days (90) days to Monday, August 14, 2023.

The hearing on June 30, 2023 at 10:00 a.m. is VACATED.

IT IS SO ORDERED.

Dated: May 17, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE