# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, | Case No. 2:22-cv-02081-KJM-JDP |
| Plaintiff, | ORDER |
| vs. | |
| MICHAEL BEGASHAW, an individual; ENDALE TESSEMA, an individual; and "JOHN DOE", as Administrator of the Estate of MARIAMAWIT TESSEMA, | |
| Defendants. | |

Defendant, Endale Tessema, is a citizen of Ethiopia and has been unable to obtain legal representation in the United States due to the expense. *See* Stipulation at 2, ECF No. 22. The court finds the appointment of counsel for defendant Endale Tessema is warranted and will appoint counsel for the limited purpose of representing defendant with respect to taking steps to receive the death benefit relative to the Estate of Mariamawit Tessema. Christopher J. Bakes and Scott J. Judson have been selected from the Court's Pro Bono Attorney Panel to represent defendant Endale Tessema for this limited purpose and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Christopher J. Bakes and Scott J. Judson are appointed as limited purpose counsel for defendant Endale Tessema in the above titled matter. This appointment is for the limited purpose of representing defendant with respect to taking steps to receive the death benefit relative to the Estate of Mariamawit Tessema.

2. Appointed counsel are directed to notify the court within fourteen (14) days whether Endale Tessema consents to construing his correspondence executed on September 10, 2023, as an answer to the complaint in interpleader.  *See* Stipulation, Ex. A.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Christopher J. Bakes, Lewis Brisbois LLP, 2020 W. El Camino Ave., Suite 700, Sacramento CA 95833 and Scott J. Judson, Bold Polisner et al., 520 Capitol Mall, Suite 150, Sacramento, CA 95814.

DATED:  January 4, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE