UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br> vs.<br><br>MICHAEL BEGASHAW, an individual; ENDALE TESSEMA, an individual; and "JOHN DOE", as Administrator of the Estate of MARIAMAWIT TESSEMA,<br><br>    Defendants. | Case No. 2:22-cv-02081-KJM-JDP<br><br>ORDER RE: STIPULATION TO DEPOSIT FUNDS AND FOR INTERPLEADER RELIEF |

The above entitled cause having come before the Court upon the Joint Stipulation of counsel for Plaintiff New York Life Insurance Company (the "Company") and Defendant Endale Tesema ("Tesema") for an Order directing the deposit of the death benefit (the "Death Benefit") associated with AARP Level Benefit Term Life Certificate Number A10806413 issued to Mariamawit Tessema

1

**ORDER RE: STIPULATION TO DEPOSIT FUNDS
AND FOR INTERPLEADER RELIEF**

(the "Policy") with the Clerk of the Court and for interpleader relief, and the Court having considered the Joint Stipulation and good cause appearing:

IT IS ORDERED as follows:

1. The Company is directed to deposit the Proceeds with the Clerk of the Court, who will hold them in an interest-bearing account;

2. Upon deposit of the Proceeds with the Clerk of the Court, the Company shall be discharged from any and all liability to Tesema regarding the Policy, the Death Benefit, and/or the Proceeds;

4. Upon deposit of the Proceeds with the Clerk of the Court, Tesema shall be permanently enjoined from bringing any action or proceeding in any forum, or making any further actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, or bringing any action or proceeding in any forum, arising out of or in connection with the Company relating to the Policy and/or the Proceeds; and

5. All claims, rights, interests and actions that Tesema might otherwise have held against the Company and its present and former parents, subsidiaries and affiliated corporations, predecessors, successors and assigns and their respective officers, directors, agents, employees, representatives, attorneys, fiduciaries and administrators with respect to the Policy and/or the Proceeds are hereby released.

This ORDER shall be deemed a final judgment in accordance with Fed. R. Civ. P. 54(b), there being no just reason for delay.

**IT IS SO ORDERED.**

DATED: July 3, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER RE: STIPULATION TO DEPOSIT FUNDS
AND FOR INTERPLEADER RELIEF**