UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New York Life Insurance Company , <br><br> Plaintiff, <br><br> v. <br><br> Michael Begashaw , <br><br> Defendant. | Case No. 2:22-cv-02081-KJM-JDP <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Michael Begashaw

October 24, 2024

Deputy Clerk

KEITH HOLLAND, CLERK

By: /s/ Viviana Licea Chavez,