UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL BEGASHAW, an individual; ENDALE TESSEMA, an individual; and "JOHN DOE", as Administrator of the Estate of MARIAMAWIT TESSEMA,<br><br>    Defendants. | Case No. 2:22-cv-02081-KJM-JDP<br><br>**ORDER TO DISBURSE FUNDS**<br><br>Date:    March 25, 2025<br>Time:   10:00 a.m.<br>Crtrm.: 3, 15th Floor<br><br>Judge:  Kimberly J. Mueller |

1    This Order directs the Clerk of the Court to disburse funds as follows:

2    WHEREAS, on January 5, 2024, the Court appointed Christopher J. Bakes and Scott J. Judson to represent the interests of Endale Tessema in connection with a distribution by the Company of the proceeds of AARP Level Benefit Term Life Certificate Number A10806413 (the "Policy") which was issued by the Company to Mariamawit Tessema (the "Insured") and was the subject of litigation in this Court, Case number 2:22-cv-02081-KJM-JDP (the "Interpleader Action"), to Tessema, who has now been established by extensive due diligence on the part of counsel for Tessema and counsel for New York Life Insurance Company (now out of the case upon interpleading of the funds) to be the father of the Insured.[1]

WHEREAS, it has been proved to the satisfaction of all counsel, following significant and appropriate due diligence (including the participation of local counsel in the Federal Democratic Republic of Ethiopia), that Endale Tessema is the Insured's father and has been located and conclusively identified as a current resident of Addis Ababa, Federal Democratic Republic of Ethiopia;

WHEREAS, upon the default of Defendant Michael Begashaw, who is the named beneficiary of the Policy, the voluntary dismissal of the estate of the Insured from the Interpleader Action, and an all-counsel review of the Ethiopian death certificate of the Insured's mother, Endale Tessema is the correct and lawful recipient of the death benefit of the Policy in the amount of $35,000.00 which became due upon the Insured's death (the "Death Benefit"), plus applicable interest, bringing the total fund to $36,575.97 (the "Proceeds");

WHEREAS, the Court entered a default judgment against Defendant Michael Begashaw (ECF No. 44), conclusively extinguishing any claim or interest Begashaw may ever have had in the Proceeds, and there are no other claimants;

WHEREAS, Endale Tessema duly appointed a trustee to open a bank account within the United States, meeting the condition that the trustee be a lawful resident and/or citizen of the United

---

[1] Endale Tessema's passport has a single "s" in his name, but all New York Life and AARP documents associated with the Insured spell the Insured's name "Tessema". As noted, and notwithstanding this difference, Endale Tessema (or Tesema) is the Insured's father.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

2
ORDER REGARDING DISBURSEMENT OF FUNDS

States able and capable of opening such an account, where the Proceeds will be held in trust for Tessema, with said account now open at First Citizens Bank and able to receive funds, under the name THE ENDALE TESEMA IRREVOCABLE TRUST, ENDALE TESSEMA.

WHEREAS, Tessema's duly appointed trustee is Abebe Worku ("Worku" or "Trustee"), a legal resident of the state of Maryland, who has consented to the appointment as trustee for Tessema to include the opening of the bank account for Tessema's benefit, with a full understanding of all attendant requirements and responsibilities, all as set forth in the accompanying trust documents, now fully executed and attached as **Exhibit A**, which trust has been assigned by the Internal Revenue Service ("IRS") the Employer Identification Number 33-6923718, under the name "ENDALE TESEMA IRV TR / ABEBE WORKU TTEE," the IRS having done so by letter and notice dated March 26, 2025;

NOW, THEREFORE, the Court orders as follows:

i. The funds currently held by the Court in the amount of $36,575.97 shall be disbursed to the account of Abebe Worku, as Trustee, for the benefit of Endale Tessema, based on the attached Certification of Trust; and

ii. Such funds shall be disbursed to the Trust account maintained at First Citizens Bank, Branch No. 216, 100 Pringle Avenue, Suite 100, Walnut Creek, California 94056, account number 001065293216, routing number 122037760.

In making this Order, the Court has relied on the following:

i. A true and correct image from the Ethiopian passport of Endale Tessema issued on August 2, 2021, and a true and correct copy of the Power of Attorney reflecting Tessema's appointment of Worku dated October 10, 2023, attached hereto as a set under the designation **Exhibit B**;

ii. The two legal trust documents prepared by counsel for Tessema appointing Worku as the designee to whom the Court shall disburse the Proceeds in trust for Tessema, previously mentioned and attached as **Exhibit A**; and

iii. The diligence of counsel of record for Endale Tessema.

/ / /

1  It is so ordered.

3  DATED: April 4, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW