UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| New York Life Insurance Company, | No. 2:22-cv-02081-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Michael Begashaw, et al., | |
| Defendants. | |

On April 7, 2025, the court issued an order to disburse the funds held by the court in this interpleader action. ECF No. 57. The parties are therefore ordered to show cause **within seven days** why judgment should not now be entered, the case closed, and appointed counsel relieved.

IT IS SO ORDERED.

DATED: June 5, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1